IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 84-cr-00337-CAB

U.S.A.,

    Plaintiff,

v.

GERALD LEO ROGERS,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER TO CURE DEFICIENCY

---

Brimmer, Judge

    Defendant submitted a Notice of Appeal on June 28, 2006. The court has determined that the document is deficient as described in this order. Defendant will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**
    _X_ is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
    _X_ is not submitted
    ___ is missing affidavit
    ___ is missing required financial information
    ___ is missing an original signature by the prisoner
    ___ is not on proper form (must use the court's current form)
    ___ other _____

Accordingly, it is

**ORDERED** that Defendant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Defendant files in response to this order must include the criminal action number on this order. It is

**FURTHER ORDERED** that the clerk of the court mail to Defendant, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

**FURTHER ORDERED** that, if Defendant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 7th day of January, 2004.

BY THE COURT:

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO