**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 84-cr-00337-CMA

UNITED STATES OF AMERICA,

    Respondent,

v.

GERALD L. ROGERS,

    Petitioner.

---

**ORDER RE MOTION TO DISQUALIFY JUDGE**

---

By Order of Reassignment (Doc. # 43) dated December 1, 2008, this matter was reassigned to the undersigned United States District Court Judge. It is, therefore,

ORDERED that Petitioner's Motion to Disqualify Wyoming District Court Judge Clarence Brimmer (Doc. # 42) is DENIED AS MOOT.

DATED: December  5 , 2008

                                      BY THE COURT:

                                      *[signature]*

                                      CHRISTINE M. ARGUELLO
                                      United States District Judge